AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Richard Jose Gonzalez Marval | ) Case No:   8:24-cr-86-CEH-SPF |
| | ) USM No:   02478-511 |
| Date of Original Judgment:        10/04/2024 | ) PACTS#:   8913683 |
| Date of Previous Amended Judgment: | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED** for the reasons stated in probation's memorandum (Doc. 126).  Specifically, the Defendant already received the benefit of a two-level reduction pursuant to U.S.S.G. § 4C1.1 for being a "Zero-Point Offender," on October 4, 2024, the date of his judgment. See Doc. 126 at 2; Doc. 112 at 1.

Except as otherwise provided, all provisions of the judgment dated        10/04/2024        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        05/28/2026

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge